FILED
CLERK, U.S. DISTRICT COURT

FEB 11 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

Priority ✓
Send ✓
Enter ✓
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK ELLIOT GRAY,<br><br>  Petitioner,<br><br>  v.<br><br>T.K. FELKER, Warden<br><br>  Respondent. | CASE NO. EDCV 07-01461 SGL (SS)<br><br>**ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

   Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

   **IT IS ORDERED** that the Petition is dismissed with prejudice. **IT IS FURTHER ORDERED** that Judgment shall be entered dismissing this action

\\
\\
\\

1 with prejudice and that the Clerk serve copies of this Order and the
2 Judgment herein on Petitioner and counsel for Respondent.
3
4     **LET JUDGMENT BE ENTERED ACCORDINGLY.**
5
6 DATED: 2/7/08
7                                       /s/ Stephen G. Larson
8                                 STEPHEN G. LARSON
                                UNITED STATES DISTRICT JUDGE
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28