FILED
CLERK, U.S. DISTRICT COURT

FEB 11 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

Priority ✓
Send ✓
Enter ✓
Closed ✓
JS-6 ✓
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK ELLIOT GRAY,<br><br>    Petitioner,<br><br>    v.<br><br>T.K. FELKER, Warden,<br><br>    Respondent. | CASE NO. EDCV 07-01461 SGL (SS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: 2/7/08

_____
STEPHEN G. LARSON
UNITED STATES DISTRICT JUDGE